| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>Eastern District of Pennsylvania | **NOTICE OF CHANGE OF ADDRESS** |

| Name of Debtor(s):<br><br>Cynthia R. Connolly | Case Number:<br><br>2:2019-bk-16174 | |
|---|---|---|
| Name of Creditor:<br>Wells Fargo Bank, N.A. | . | |
| Name of Current Servicer of account:<br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br>Prior notice address:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br><br>Telephone Number: 800-274-7025 | | _ Check this box if you are changing the address that payments will go to. |

| | |
|---|---|
| 1.   **Account Number:  8536  UCID: WFCMGF1916174PAE65688536** | _ Check this box if the account number has changed. |
| 2.   **Court Claim Number: 2** | |

3.   **Signature:**

**Check the appropriate box.**
     X  **I am the creditor.**
        **I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)**
        **I am the trustee, or the debtor.**
        **I am a guarantor, surety, endorser, or other codebtor.**


By:  ___/s/ Karen Sue Branas_____          Date:  _01/18/2022_____
       VP Loan Documentation

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**                                   **CASE NO.:**   **19-16174**

**Cynthia R. Connolly**                       **CHAPTER:**   **13**

                    **Debtor(s).**

_____ /

### CERTIFICATE OF SERVICE

I hereby certify that on or before January 19, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**<u>SERVICE LIST</u>**

*Debtor:*                    *By U.S. Postal Service First Class Mail Postage Prepaid:*

                             Cynthia R. Connolly
                             513 Hinkson Blvd
                             Ridley Park, PA 19078


*Debtor's Attorney:*         *By CM / ECF Filing:*

                             BRAD J. SADEK
                             Sadek and Cooper
                             1315 Walnut Street
                             Suite 502
                             Philadelphia, PA 19107


*Trustee:*                   *By CM / ECF Filing:*

*Trustee:*

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

/s/ John Shelley
_____

InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)